UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sadiq Abdiqafar Hussein, | Case No. 16-cv-3894 (WMW/DTS) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Jeh Johnson, Secretary of Department of Homeland Security; Sarah Saldana, ICE Field Director of the St. Paul ICE Field Office; Warden of Carver County; Carver County Sheriff; Loretta Lynch, Attorney General of the United States, | |
| Respondents. | |

This matter is before the Court on the March 17, 2017 Report and Recommendation of United States Magistrate Judge David T. Schultz. (Dkt. 17.) Because no objections have been filed, this Court reviews the Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the Report and Recommendation, the Court finds no clear error.

Based on the Report and Recommendation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The March 17, 2017 Report and Recommendation, (Dkt. 17), is **ADOPTED**;

2. Petitioner Sadiq Abdiqafar Hussein's petition under 28 U.S.C. § 2241 for a writ of habeas corpus, (Dkt. 1), is **DENIED AS MOOT**;

3. Petitioner Sadiq Abdiqafar Hussein's motion to grant relief, (Dkt. 6), is **DENIED AS MOOT**; and

4. This action is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 25, 2017

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge